UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

IRON BAR HOLDINGS, LLC,

      Plaintiff – Appellant,                Case No. 23-8043

v.                               (D.C. No. 2:22-CV-00067-SWS)

BRADLY H. CAPE, ZACHARY M.        (D. Wyo.)
SMITH, PHILLIP G. YEOMANS,
AND JOHN W. SLOWENSKY,

      Defendants – Appellees.

### ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

      In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Bradly H. Cape, Zachary M. Smith, Phillip G. Yeomans, and John W. Slowensky,
_____
                    [Party or Parties][1]
_____
         Defendants/Appellees        , in the above-captioned case(s).
    [Appellant/Petitioner or Appellee/Respondent]

| | |
|---|---|
| Ryan A. Semerad, Esq. | Lee Mickus, Esq. |
| Name of Counsel | Name of Counsel |
| | |
| /s/Ryan A. Semerad | /s/Lee Mickus |
| Signature of Counsel | Signature of Counsel |
| | |
| FULLER & SEMERAD, LLC | EVANS FEARS SCHUTTERT MCNULTY MICKUS |
| 242 South Grant Street | 3900 E. Mexico Avenue, Suite 1300 |
| Casper, Wyoming 82601 | Denver, Colorado 80210 |
| (307) 265-3455 | (303) 656-2199 |
| semerad@thefullerlawyers.com | lmickus@efsmmlaw.com |

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

Alexandria Layton, Esq.
Name of Counsel

*/s/Alexandria Layton*
Signature of Counsel

Evans Fears Schuttert McNulty Mickus
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
(702) 901-7026
alayton@efsmmlaw.com

## CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

☐   The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

☑   There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

7/12/2023
_____
Date

/s/Ryan A. Semerad
_____
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

## CERTIFICATE OF SERVICE

I hereby certify that:

☑     All other parties to this litigation are either: (1) represented by attorneys; or
(2) have consented to electronic service in this case; or

☐    On   _7/12/2023_____ I sent a copy of this Entry of Appearance
                  [date]

Form to:

_____

at_____,

the last known address/email address, by _____.
                                  [state method of service]

_7/12/2023_____
Date

_/s/Ryan A. Semerad_____
Signature