No. 23-8043

# In the United States Court of Appeals for the Tenth Circuit

IRON BAR HOLDINGS, LLC, a North Carolina limited liability company registered to do business in Wyoming,

*Plaintiff – Appellant*,

v.

BRADLEY H. CAPE, an individual, ZACHARY M. SMITH, an individual, PHILLIP G. YEOMANS, an individual, and JOHN W. SLOWENSKY, an individual,

*Defendants – Appellees*.

On Appeal from the United States District Court
for the District of Wyoming, No. 2:22-CV-00067-SWS
Honorable Scott W. Skavdahl, Presiding

**MOTION OF THE WYOMING STOCK GROWERS ASSOCIATION AND WYOMING WOOL GROWERS ASSOCIATION FOR LEAVE TO FILE *AMICUS CURIAE BRIEF* IN SUPPORT OF PLAINTIFF-APPELLANT AND THE REVERSAL OF THE APPEALED DECISION**

Respectfully submitted,

*s/Karen Budd-Falen*
Karen Budd-Falen
BUDD-FALEN LAW OFFICES,
LLC Post Office Box 346
300 East 18th Street
Cheyenne, Wyoming 82003-0346
(307) 632-5105 Telephone
(307) 637-3891 Facsimile
Karen@buddfalen.com

1

Pursuant to Fed. R. App. P. 29(a), the Wyoming Stock Growers Association (WSGA) and the Wyoming Wool Growers Association (WWGA), on behalf of their members, hereby respectfully request leave of the Court to file the accompanying *amicus curiae* brief in support of the Appellant and the reversal of the District Court's decision in the above captioned case.

## STATEMENT OF INTEREST

The Wyoming Stock Growers Association (WSGA) was organized on April 4, 1872 to advance and protect the interest of the state's livestock producers.  It was the second state cattlemen's organization created in the United States.  The WSGA was the first association formed in the Wyoming territory and is the primary organization in the state focused on serving the needs of the cattle industry, which is the largest segment of Wyoming's agricultural production.  WSGA's mission is to serve the livestock business and families by protecting their economic, legislative, regulatory, judicial, environmental, custom, and cultural interests.  The WSGA advocates for the protection of private property rights.

The Wyoming Wool Growers Association (WWGA) is a membership organization whose mission is to protect and preserve the lamb and wool industry and the ranching community lifestyle.  The WWGA works with the

legislatures at the state and national levels, governmental officials, and the general public to provide accurate information about the industry itself, private property rights, and other important issues. They also work to educate their members on the latest production practices and state and federal laws that impact their livelihoods.

## **DESIREABILITY AND RELEVANCE OF THE BRIEF**

The *Amici* together represent hundreds of agricultural producers owning thousands of acres of private land in Wyoming. Many of these private lands share adjoining boundaries, including corners, with federal or public lands. Accordingly, the *Amici* bring a unique perspective to this case because of the impact the case will have on their members' private property rights.

Many of Amicis' members are directly affected by the decision of the District Court. These impacts are clearly addressed in their brief along with the manner in which the common corner between private and public lands have been treated for decades. The brief also offers a unique perspective on recent Wyoming legislation relied on by the District Court from the very organizations that advocated for the new statutory language. This perspective reveals the true intent behind such legislation.

## **CONCLUSION**

For the foregoing reasons, the Wyoming Stockgrowers Association and the Wyoming Wool Growers Association request that this Court grant this Motion for Leave to File Amicus Curiae Brief in Support of Plaintiff-Appellant and the Reversal of the Appealed Decision.

RESPECTFULLY SUBMITTED this 13th day of November, 2023.

                          *s/Karen Budd-Falen*
                          Karen Budd-Falen
                          BUDD-FALEN LAW OFFICES, LLC
                          Post Office Box 346
                          300 East 18th Street
                          Cheyenne, Wyoming 82003-0346
                          (307) 632-5105 Telephone
                          (307) 637-3891 Facsimile
                          Karen@buddfalen.com

                          *Attorney for Amici*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 13th day of November 2023, I electronically filed the foregoing using the court's CM/ECF system which will send notification of such filing to the following:

Ryan A. Semerad, Esq.
Fuller & Semerad, LLC
242 South Grant Street
Casper, Wyoming 82601

Lee Mickus, Esq.
Evans Fears Schuttert McNulty Mickus
3900 East Mexico Avenue, Suite 1300
Denver, CO 80210

Alexandria Layton, Esq.
Evans Fears Schuttert McNulty Mickus
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119

*Counsel for Defendants*

M. Gregory Weisz,
Pence and MacMillan LLC
P.O. Box 765
Cheyenne, WY 82003-0765

R. Reeves Anderson, Esq.
Brian M. Williams, Esq.
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street, Suite 3100
Denver, CO 80202

Sean Mirski, Esq.
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001

*Counsel for Plaintiff*

*s/Karen Budd-Falen*
_____
Karen Budd-Falen
BUDD-FALEN LAW OFFICES, LLC
Post Office Box 346
300 East 18th Street
Cheyenne, Wyoming 82003-0346
(307) 632-5105 Telephone
(307) 637-3891 Facsimile
Karen@buddfalen.com

*Attorney for Amici*
