No. 23-8043

IN THE UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

---

IRON BAR HOLDINGS, LLC,

*Plaintiff-Appellant*,

v.

BRADLY CAPE, et al.,

*Defendants-Appellees*.

---

On Appeal from the United States District Court for the District of Wyoming
D.C. No. 2:22-cv-00067-SWS
The Honorable Chief Judge Scott W. Skavdahl

---

**APPELLEES' NOTICE OF NON-OPPOSITION TO THE WYOMING STOCK GROWERS ASSOCIATION'S AND THE WYOMING WOOL GROWERS ASSOCIATION'S MOTION TO FILE *AMICUS CURIAE* BRIEF**

---

Ryan Alexander Semerad
FULLER & SEMERAD, LLC
242 S. Grant Street
Casper, Wyoming 82601
(307) 265-3455

Lee Mickus
EVANS FEARS SCHUTTERT
  MCNULTY MICKUS
3900 E. Mexico Avenue, Suite 1300
Denver, Colorado 80210
(303) 656-2199

Alexandria Layton
EVANS FEARS SCHUTTERT
  MCNULTY MICKUS
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
(702) 901-7026

*Counsel for Appellees*

Appellees Bradly H. Cape, Zachary M. Smith, Phillip G. Yeomans, and John W. Slowensky respectfully respond to the Wyoming Stock Growers Association's (WSGA) and the Wyoming Wool Growers Association's (WWGA) motion for leave to file an amicus brief in support of Plaintiff-Appellant Iron Bar Holdings, LLC, as follows:

1. On November 13, 2023, the WSGA and the WWGA filed a joint motion for leave to file a single amicus brief in support of Appellant Iron Bar.

2. Prior to that filing, counsel for Appellees had not been consulted on Appellees' position regarding the WSGA's and the WWGA's proposed amicus brief.

3. On November 14, 2023, the Clerk of the Court ordered that any party opposing the WSGA's and the WWGA's motion for leave to file an amicus brief to do so by November 17, 2023.

**REMAINDER OF THIS PAGE LEFT INTENTIONALLY BLANK**

4. Appellees have no opposition to the WSGA's and the WWGA's motion for leave to file an amicus brief in support of Iron Bar in this case.

Dated: November 14, 2023

Respectfully submitted,

/s/ *Ryan A. Semerad*
Ryan Alexander Semerad
FULLER & SEMERAD, LLC
242 S. Grant Street
Casper, Wyoming 82601
(307) 265-3455

Lee Mickus
EVANS FEARS SCHUTTERT
  MCNULTY MICKUS
3900 E. Mexico Avenue, Suite 1300
Denver, Colorado 80210
(303) 656-2199

Alexandria Layton
EVANS FEARS SCHUTTERT
  MCNULTY MICKUS
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
(702) 901-7026

## CERTIFICATE OF COMPLIANCE

I hereby certify that Appellees' unopposed motion to extend the deadline for filing Appellees' merits brief complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains 169 words. It also complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word, in 14-Times New Roman font.

Dated: November 14, 2023                             */s/ Ryan A. Semerad*
                                                                           Ryan Alexander Semerad

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2023, I electronically filed the foregoing unopposed motion to extend the deadline for filing Appellees' merits brief with the United States Court of Appeals for the Tenth Circuit by using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users.

Dated: November 14, 2023                   */s/ Ryan A. Semerad*
                                           Ryan Alexander Semerad