## 10th CIR. FORM 4. DISCLOSURE STATEMENT

UNITED STATES COURT OF APPEALS
FOR THE TENTH CIRCUIT

**Fed. R. App. P. 26.1 and Tenth Circuit Rule 26.1 Disclosure Statement**

| | |
|---|---|
| IRON BAR HOLDINGS, LLC, a North Carolina limited liability company registered to do business in Wyoming, | Case No. 23-8043 |
| Plaintiff-Appellant, | |
| v. | |
| BRADLY H. CAPE, an individual, ZACHARY M. SMITH, an individual, PHILLIP G. YEOMANS, an individual, and JOHN W. SLOWENSKY, an individual, | |
| Defendants-Appellees. | |

Pursuant to Federal Rule of Appellate Procedure 26.1(a), (b), and/or (c), the undersigned, on behalf of Iron Bar Holdings, LLC certifies[1] as follows:

☐    The following parent corporation(s); publicly held corporation(s); organizational victim(s); and/or debtor(s) are disclosed as required by Fed. R. App. P. 26.1 (attach additional pages if necessary):

---

[1] Pursuant to Federal Rule of Appellate Procedure 26.1(d)(3), this disclosure statement must be promptly updated whenever any of the information required under Fed. R. App. P. 26.1 changes.

☒There is no information to disclose pursuant to Fed. R. App. P. 26.1.

Iron Bar Holdings, LLC is a single-member LLC, of which Fred Eshelman personally is the sole member and manager. It is not a publicly held corporation and no publicly held corporation has any interest in it.

July 14, 2023
Date

/s/ *Theresa Wardon Benz*
Signature

## CERTIFICATE OF SERVICE

I hereby certify that:

☒     All other parties to this litigation are either: (1) represented by
attorneys; or (2) have consented to electronic service in this case; or

☐     On _____ I sent a copy of this Disclosure
Statement
        [date]


_____
                                [name of party]


at_____,
                                [address]


the last known address/email address, by


_____.
                                [method of service]


July 14, 2023
Date

/s/ *Theresa Wardon Benz*
Signature