# UNITED STATES COURT OF APPEALS
# FOR THE TENTH CIRCUIT

## ENTRY OF APPEARANCE AND CERTIFICATE OF INTERESTED PARTIES

Iron Bar Holding, LLC a North Carolina limited liability company registered to do budiness in Wyoming

Plaintiff-Appellant

v.

Bradley H. Cape, an individual, Zachary M. Smith, an individual, Phillip G. Yoemans, an individual, and John W. Slowensky, an individual.

Case No. 23-8043

## ENTRY OF APPEARANCE (10th Cir. R. 46.1(A))

In accordance with Tenth Circuit Rule 46.1, the undersigned attorney(s) hereby appear(s) as counsel for:

Wyoming Stock Growers' Association and Wyoming Wool Growers' Association

_____
[Party or Parties][1]

_____

In support of Appellant
_____, in the above-captioned case(s).
[Appellant/Petitioner or Appellee/Respondent]

Karen Budd-Falen
_____
Name of Counsel

*/s/ Karen Budd-Falen*
_____
Signature of Counsel

300 East 18th Street, Cheyenne, Wyoming, 82001 307-632-5105
Mailing Address and Telephone Number

karen@buddfalen.com
E-Mail Address

_____
Name of Counsel

_____
Signature of Counsel

_____
Mailing Address and Telephone Number

_____
E-Mail Address

---

[1] Counsel must list each party represented. Do not use "et al." or generic terms such as "Plaintiffs." Attach additional pages if necessary.

# CERTIFICATE OF INTERESTED PARTIES (10th Cir. R. 46.1(D))

Pursuant to Tenth Circuit Rule 46.1(D), the undersigned certifies[2] as follows:

[✔] The following (attach additional pages if necessary) individuals and/or entities are not direct parties in this appeal but do have an interest in or relationship to the litigation and/or the outcome of the litigation. *See* 10th Cir. R. 46.1(D). In addition, attorneys not entering an appearance in this court, but who have appeared for a party in prior trial or administrative proceedings, are noted below.

[ ] There are no such parties/attorneys, or any such parties/attorneys have already been disclosed to the court.

11/21/2023
Date

*[signature]*
Signature

---

[2] Pursuant to Tenth Circuit Rule 46.1(D)(6), this certificate must be promptly updated if the required information changes.

2

# CERTIFICATE OF SERVICE

I hereby certify that:

[✔] All other parties to this litigation are either: (1) represented by attorneys; or (2) have consented to electronic service in this case; or

[✔] On ___11/21/2023___ I sent a copy of this Entry of Appearance
      [date]

Form to:
Please see attached list of parties to receive electronic service. _____

at _____,

the last known address/email address, by _____.
                    [state method of service]

11/21/2023
Date

_[signature]_
Signature

*Continued from page 3.*

Ryan A. Semerad, Esq.
Fuller & Semerad, LLC
242 South Grant Street
Casper, Wyoming 82601
semerad@thefullerlawyers.com

Lee Mickus, Esq.
Evans Fears Schuttert McNulty Mickus
3900 East Mexico Avenue, Suite 1300
Denver, CO 80210
lmickus@efstriallaw.com

Alexandria Layton, Esq.
Evans Fears Schuttert McNulty Mickus
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
alayton@efstriallaw.com

*Counsel for Defendants*

M. Gregory Weisz,
Pence and MacMillan LLC
P.O. Box 765
Cheyenne, WY 82003-0765
gweisz@penceandmac.com

R. Reeves Anderson, Esq.
Brian M. Williams, Esq.
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street, Suite 3100
Denver, CO 80202
brian.williams@arnoldporter.com

Appellate Case: 23-8043    Document: 010110956949    Date Filed: 11/21/2023    Page: 5

**Sean Mirski, Esq.**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC 20001
Sean.mirski@arnoldporter.com

*Counsel for Plaintiff*

**Jack Conners**
Doney Crowley
50 South Last Chance Gulch. Third Floor
Helena, MT 59601
jconners@doneylaw.com

*Counsel for Amici*

 

_____
Cari Cooley
BUDD-FALEN LAW OFFICES, LLC
Post Office Box 346
300 East 18th Street
Cheyenne, Wyoming 82003-0346
(307) 632-5105 Telephone
(307) 637-3891 Facsimile
cari@buddfalen.com